

# NUMBER 13-16-00066-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ALL STAR MITSUBISHI,                                             Appellant,

v.

PATRICIO G. CASTILLO AND MARIA
REFUGIO CASTILLO,                                               Appellees.

**On appeal from the County Court at Law No. 1
of Nueces County, Texas.**

# MEMORANDUM OPINION

**Before Justices Rodriguez, Benavides, and Perkes
Memorandum Opinion Per Curiam**

This appeal was abated by this Court on March 29, 2016, to allow the parties an

opportunity to mediate. This cause is now before the Court on a joint motion to dismiss

the appeal on grounds that all matters in controversy between them in this cause have

been settled and the matters at issue in this appeal are now moot. The parties request

that this Court dismiss the appeal. Accordingly, this case is hereby REINSTATED.

The Court, having considered the documents on file and the joint motion to dismiss, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The joint motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
16th day of June, 2016.